## OPT-IN CONSENT FORM

I consent to be an opt-in plaintiff in a lawsuit against AHRC, Care Design New York and any of their corporate agents or affiliates (collectively as "Defendants") and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate McLaughlin & Stern, LLP to represent me in such a lawsuit.

_____   09-15-2020
Signature                    Dated

ANTONIO ONATE JR
Full Legal Name (print)

851 SPRINGFIELD AVENUE, 18F
Address

SUMMIT, NJ            07901
City, State           Zip Code

908-494-8852
Telephone Number

{Opt-In Consent Form.1}