UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONIO ONATE, JR.,
                              Plaintiff,     :         20 Civ. 8292 (LGS)

          -against-               :         ORDER

AHRC HEALTH CARE, INC., *et. al*,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that Plaintiff and Defendant Care Design NY, LLC have reached a settlement in principle in this case (Dkt. No. 31). Accordingly, it is hereby ORDERED that this action is dismissed **as to Defendant Care Design NY, LLC** without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

       The Clerk of Court is respectfully directed to close Dkt. No. 31.

Dated: January 7, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE