```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ANTONIO ONATE, JR.,                           :
                              Plaintiff,      :      20 Civ. 8292 (LGS)
                                              :
           -against-                          :           ORDER
                                              :
AHRC HEALTH CARE, INC.,                       :
                              Defendant.      :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Case Management Plan at Dkt. No. 28, the parties were directed to file by February 15, 2021, a status letter on discovery efforts as outlined in Individual Rule IV.A.2.  It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **February 19, 2021**.

Dated:  February 16, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE