UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO ONATE, JR., on behalf of himself and all
others similarly situated,

                Plaintiff,

      - against -                                           **ORDER**

AHRC HEALTH CARE, INC., and CARE DESIGN       20-CV-8292 (LGS)(KNF)
NY, LLC,

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on April 14, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                    SO ORDERED:
         April 2, 2021

                                                   _Kevin Nathaniel Fox_
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE