MCLAUGHLIN & STERN, LLP
FOUNDED 1898

**JASON S. GIAIMO**
Associate
jgiaimo@mclaughlinstern.com
(212) 448-1100 ext. 1564

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GARDEN CITY, NY
MILLBROOK, NY
WESTPORT, CT
NAPLES, FL
WEST PALM BEACH, FL

April 16, 2021

<u>VIA ECF</u>                                                    MEMORANDUM ENDORSEMENT
Honorable Kevin N. Fox
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Onate v. AHRC Healthcare, Inc.*
             <u>Case No.: 1:20-cv-08292</u>

Dear Judge Fox:

      We represent the Plaintiff in connection with the above-referenced action and write jointly with counsel for Defendant AHRC Healthcare, Inc. Specifically, the parties write to jointly request an extension of the current deadline to complete fact discovery from April 16, 2021 to August 13, 2021. While the parties have endeavored to complete all fact discovery within the time provided in the Civil Case Management Plan and Scheduling Order dated December 17, 2020 (Dkt. No. 28), the parties' discovery disputes, which were most recently heard and resolved by Your Honor on April 14, 2021, delayed the completion of fact discovery. Accordingly, the parties respectfully request that the deadline to complete fact discovery be extended by 119 days to August 13, 2021. This is the first request for this relief.

      We thank the Court in advance for its time and consideration.

                                                              Sincerely,

                                                             <u>/s/ Jason S. Giaimo</u>
                                                             Jason S. Giaimo

cc:    Defendant's counsel (via ECF)

        4/16/21

        Application granted. A telephonic status conference will be held with the parties on July 7, 2021, at 11:00 a. m. The parties shall use dial-in number (888) 557-8511 and access code 4862532.
        SO ORDERED:

        *[signature: Kevin Nathaniel Fox]*
        Kevin Nathaniel Fox, U.S.M.J.