UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ANTONIO ONATE, JR.,

                        Plaintiff,

              -against-

    AHRC HEALTH CARE, INC.,

                       Defendant.
------------------------------------------------------------X

20 Civ. 8292 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated December 17, 2020, a pre-motion conference was scheduled for June 17, 2021, for any anticipated dispositive motions following the close of discovery.

WHEREAS, on April 17, 2021, the deadline to complete fact discovery was extended to August 13, 2021. It is hereby

**ORDERED** that the pre-motion conference scheduled for June 17, 2021, is adjourned to **September 2, 2021, at 10:50 a.m.** As provided in the December 17, 2020, Order, any party wishing to file a summary judgment motion or other dispositive motion shall file a pre-motion letter at least two weeks before the conference in the form provided in the Court's Individual Rule III.A.1. Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule. If no pre-motion letter is timely filed, this conference will be canceled, and the matter will be placed on the Court's trial-ready calendar.

Dated: May 3, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE