UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO ONATE, JR., on behalf of himself and all
others similarly situated,

                Plaintiff,

       - against -                             ORDER

AHRC HEALTH CARE, INC., and CARE DESIGN       20-CV-8292 (LGS)(KNF)
NY, LLC,

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Court has reviewed the plaintiff's letters appearing at Docket Entry Nos. 49 and 50 and the defendants' letter appearing at Docket Entry No. 51. To eliminate any confusion over the definition of the class, the defendants shall provide immediately to the plaintiff, in writing, the criteria used to create the class list produced to the plaintiff on May 20, 2021. The parties are reminded that discovery disputes are to be raised to the Court in a joint letter that conforms with Rule 2.A of the Court's Individual Rules of Practice.

Dated: New York, New York                SO ORDERED:
       May 26, 2021

                                                          _Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                         UNITED STATES MAGISTRATE JUDGE