UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
  ANTONIO ONATE, JR.,                                     :
                                      Plaintiff,          :
                                                          :          20 Civ. 8292 (LGS)
                   -against-                              :
                                                          :               ORDER
  AHRC HEALTH CARE, INC.,                                 :
                                      Defendant.          :
                                                          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Judge Fox's Order dated July 20, 2021, stayed all discovery other than that

set forth in the parties' July 13, 2021, joint letter motion while the parties participate in

mediation.  It is hereby

    **ORDERED** that the September 2, 2021, pre-motion conference scheduled for 10:50 a.m.

is **adjourned** *sine die*.  The conference will be rescheduled, if necessary, once a deadline for fact

discovery is set.

Dated:  August 12, 2021
        New York, New York


_____
            LORNA G. SCHOFIELD
         UNITED STATES DISTRICT JUDGE