UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO ONATE, JR., on behalf of himself and all
others similarly situated,

               Plaintiff,

       - against -                                 **ORDER**

AHRC HEALTH CARE, INC., and CARE DESIGN        20-CV-8292 (LGS)(KNF)
NY, LLC,

              Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 23, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                    SO ORDERED:
       November 19, 2021

                                               _____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE