UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ONATE, et al., :
: ORDER
Plaintiff, : 20 Civ. 8292 (LGS) (KNF)
:
-v.- :
:
AHRC HEALTH CARE, INC., :
:
Defendant. :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The parties are directed to file a jointly-composed letter addressed to the undersigned indicating the status of this case. In particular, the parties are directed to indicate whether fact discovery has concluded (and, if not, what the parties' positions are as to an appropriate deadline), whether any expert discovery is required (and any proposed deadlines for such discovery), and whether either party intends to seek permission from Judge Schofield to file a summary judgment motion. The letter shall be filed by January 27, 2022.

SO ORDERED.

Dated: January 20, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge