UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE ET AL,

                     Plaintiffs,

-against-

AHRC HEALTH CARE, INC.,

                     Defendant.
-----------------------------------------------------------------X

**ORDER**

**20-CV-8292 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Defendant's opposition, if any, to Plaintiffs' motion for conditional certification and for court facilitation of notice pursuant to 29 U.S.C. §216(b) (Dkt. No. 85) shall be due **May 9, 2022**. Plaintiffs' reply, if any, shall be due **May 16, 2022**.

     SO ORDERED.

DATED:    New York, New York
              April 26, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge