UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE ET AL,

                                              **ORDER**

                          Plaintiffs,          **20-CV-8292 (LGS) (JW)**

        -against-

AHRC HEALTH CARE, INC.,

                          Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiffs shall file a letter by **July 28, 2022** regarding the status of non-party subpoenas and whether the parties' August 2, 2022 conference remains necessary or if all non-party subpoena issues are resolved.

      SO ORDERED.

DATED:    New York, New York
                July 22, 2022

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge