UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ONATE ET AL,

                                      Plaintiffs,

        -against-

AHRC HEALTH CARE, INC.,

                                      Defendant.
------------------------------------------------------------------X

**ORDER**

**20-CV-8292 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties' August 2, 2022 conference is adjourned in light of Plaintiffs' letter at docket entry 122. Plaintiffs shall file a letter by **August 31, 2022** regarding the status of the non-party subpoenas and whether a conference is necessary.

        SO ORDERED.

DATED:    New York, New York
                July 29, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge