UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE ET AL,

                                                **ORDER**

                       Plaintiffs,        **20-CV-8292 (LGS) (JW)**

            -against-

AHRC HEALTH CARE, INC.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 15, 2023, the Court scheduled a conference for tomorrow, **March 1, 2023** at **10:30 AM** in Courtroom 228, 40 Foley Square, New York, NY. Dkt. No. 148.

The parties should be prepared to discuss the alleged necessity and uniqueness of the sought-after testimony as well as any alleged costs to securing such testimony. The parties are also directed to be prepared to discuss any legal burdens relevant to analyzing the discovery dispute.

        SO ORDERED.

DATED:    New York, New York
                February 28, 2023

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge