UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE ET AL,

                            Plaintiffs,

            -against-

AHRC HEALTH CARE, INC.,

                            Defendant.
-----------------------------------------------------------------X

**ORDER**

**20-CV-8292 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 7, 2023, Plaintiff filed a motion seeking to compel the deposition of Defendant AHRC Health Care, Inc.'s Chief Financial Officer Ms. Amy West. Dkt. No. 145. On February 10, 2023, Defendant filed a response in opposition. Dkt. No. 147. The Court held a conference on March 1, 2023, that was attended by both parties.

For reasons stated more fully on the record, the motion to compel the deposition, Dkt. No. 145, is granted. See generally Scott v. Chipotle Mexican Grill, Inc., 306 F.R.D. 120 (S.D.N.Y. 2015).

Furthermore, to allow for more informed witness preparation and increased flexibility in scheduling, the deposition of Ms. West need not occur first, even though Plaintiff noticed the deposition before the others. See Crawford-El v. Britton, 523 U.S. 574 (1998)("the court may…set the timing and sequence of discovery."); Fed. R. Civ. Proc. 26(d).

SO ORDERED.

DATED:   New York, New York
         March 1, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge