UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIO ONATE, JR.,

                 Plaintiff,

-against-

AHRC HEALTH CARE, INC.,

                 Defendants.
------------------------------------------------------------X

20 Civ. 8292 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 17, 2023, Plaintiffs filed a letter moving to file certain documents under seal. The July 18, 2023, Order denied that motion without prejudice to renewal. The parties were given until July 21, 2023, to refile the motion to seal, with an explanation of the basis for the request that is sufficient under Second Circuit case law;

    WHEREAS, the parties did not file a renewed motion to seal.

    The Clerk of Court is respectfully directed to unseal the filings at Dkt. Nos. 181, 183, 184, 185, 186, 187, 188 and 189.

Dated: July 18, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE