UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ONATE, *et al.*,

                                              Plaintiffs,

-against-

AHRC HEALTH CARE, INC.,

                                              Defendant.
-------------------------------------------------------------------X

**ORDER**

**20-cv-8292 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 16th, Plaintiffs submitted a letter requesting a conference to set new deadlines and seeking costs for the Defendant's cancellation of a mediation scheduled for June 6th. Dkt. No. 227.

Plaintiffs object that after "negotiating with Defendant for months over the selection of a mutually acceptable mediator…and agreeing to stay discovery…Defendant unilaterally…emailed JAMS to cancel the mediation." Dkt. No. 227. In that letter, Plaintiffs stated that they "incurred certain non-refundable fees in connection with the JAMS mediation" but that Plaintiffs were "still awaiting confirmation from JAMS as to which amounts are non-refundable." Dkt. No. 227.

Defendant did not respond to the letter. Therefore, any objections are waived. See Individual Practice Rules, Sec. II.A.

**By May 20th, the Parties shall confer and propose new deadlines to complete discovery and submit dispositive motions.** By that same date, if Plaintiffs have incurred non-refundable fees, they may submit a separate letter

motion seeking reimbursement from the Defendant. If Plaintiffs submit such a letter motion, **Defendant shall have until May 24th** to oppose it.

    SO ORDERED.

DATED:   New York, New York
            May 6, 2024

                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge