# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

> The request for a discovery conference is **GRANTED.** It will be held on **Thursday December 19, 2024 at 3:30PM in Courtroom 228** at the United States Courthouse located at 40 Foley Square, New York, NY 10007. Each party is to submit a letter detailing the outstanding issues at least one week before the conference. Each letter may not exceed 3 pages. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
>
> November 22, 2024

**VIA ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:   *Onate v. AHRC Health Care, Inc.*
              20-cv-08292-AS-JW

Dear Judge Willis:

      This firm represents the Defendant in the above-referenced action. The Defendant respectfully requests that Your Honor schedule a discovery conference to address the issues raised by the Defendant in the Parties' Status Report dated September 16, 2024. *See* ECF Doc. 244.

      On May 23, 2024, the Parties had agreed that the 15 opt-in depositions were to occur within 60 days of receipt of all opt-in Plaintiffs' interrogatory responses. *See* ECF Doc. 231. On July 10, 2023, the Court ordered the Parties to submit a "letter updating the Court on the status of opt-in discovery." *See* ECF Doc. 232. The Court also ordered a discovery Conference on July 30, 2024. *See* ECF Doc. 232. On July 25, 2024, the Court ordered the Parties to "continue to engage in discovery." *See* ECF Doc. 236. On August 23, 2024, the Court ordered the Parties to file a letter to discuss whether a discovery conference is needed. *See* ECF Doc. 241. On August 26, 2024, the Parties asked for an adjournment of the conference because discovery was continuing. *See* ECF Doc. 242. The Court granted the adjournment and requested a status update on September 16, 2024, which is when the Defendant requested a discovery conference to address discovery issues that remain. *See* ECF Doc. 243-44.

      The Defendant believes that a discovery conference is needed to address: (1) the timing of the 15 opt-in depositions given that the 56 opt-ins have not all yet served their interrogatory responses; (2) whether and the scope of class discovery that can proceed; and (3) the timing of expert discovery.

**CLIFTON BUDD & DEMARIA, LLP**

November 14, 2024
Page 2

      The undersigned conferred with Plaintiffs' Counsel Jason S. Giaimo on Friday, November 8, 2024, and Plaintiffs' position remains the same as mentioned in the September Status Report. *See* ECF Doc. 244.

      Respectfully submitted,

      CLIFTON BUDD & DeMARIA, LLP
      *Attorneys for Defendant*

      By: _____
            Ian-Paul A. Poulos

CC:    All Counsel of Record