UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE, et al.,

                Plaintiffs,                        **ORDER**

-against-                        **20-CV-8292 (AS) (JW)**

AHRC HEALTH CARE, INC.,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On November 14, 2024, Defendant requested a discovery conference. Dkt. No. 245. The Court granted the request and scheduled a conference for December 19, 2024. Dkt. No. 246. The Court is now in receipt of Plaintiff's request to adjourn the discovery conference. Dkt. No. 247. That request is **GRANTED**. The conference will now be held on **February 5, 2025 at 3:30 PM** in Courtroom 228 at the United States Courthouse located at 40 Foley Square, New York, NY 10007. **Each party is to submit a letter detailing the outstanding issues at least one week before the conference. Each letter may not exceed 3 pages.**

      SO ORDERED.

DATED:    New York, New York
                December 16, 2024

                                                               */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge