UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIO ONATE, JR.

                         Plaintiff,                      **ORDER**

       -against-                         **20-CV-8292 (AS) (JW)**

AHRC HEALTH CARE, INC.

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a discovery conference on February 5, 2025. It was agreed between the Parties that because discovery is now closed and summary judgment motions have been filed, Defendant's request for additional opt-in and non-opt-in depositions is now moot. Defendant agreed that they will provide a timely response to Plaintiff's remaining interrogatory. For the reasons stated more fully on the record the Court orders:

1. Plaintiff's request to depose Defendant's expert, Michael Breon, on their rebuttal report that was tendered on January 31, 2025 is GRANTED. The deposition must be held no later than February 18, 2025.

2. Defendant's request to depose Plaintiff's expert whose report was tendered by January 7, 2025 is DENIED.

SO ORDERED.

DATED:    New York, New York
               February 5, 2025

                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge