UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Antonio Onate, Jr. et al., <br><br>      Plaintiffs, <br><br>  -against- <br><br> AHRC Health Care, Inc., <br><br>      Defendant. | 20-CV-8292 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant filed a motion for summary judgment on plaintiffs' "rounding" claims. Dkt. 255. Defendant then agreed to withdraw the motion. Dkt. 266. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 255.

  SO ORDERED.

Dated: March 25, 2025
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge