# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
PARTNER  
E-MAIL: IAPOULOS@CBDM.COM

May 14, 2025

**VIA ECF**  
Hon. Jennifer E. Willis  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
40 Foley Square, Room 425  
New York, New York 10007

> The extension request is GRANTED. The parties are to provide the Court with either the agreement and motion or a joint status letter by June 3, 2025. SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS  
> UNITED STATES MAGISTRATE JUDGE  
> May 16, 2025

Re: *Onate v. AHRC Health Care, Inc.*  
20-cv-08292-JW

Dear Judge Willis:

      This firm represents the Defendant in the above-referenced action. Pursuant to Your Honor's Individual Rules, the Parties jointly request that Your Honor extend the deadline for them to submit their settlement agreement for the Court's review from May 16, 2025, through and including June 3, 2025. Additional time is needed for the Parties to finalize the settlement agreement, execute it, and submit it to the Court for review. Should this extension be granted, the Parties also respectfully request that all deadlines adjourned by the Court's April 24, 2025, Order continue to be adjourned pending filing of the Parties' motion for preliminary approval. *See* ECF Doc. 295.

      This is the first extension of this deadline. No other deadlines will be affected should the Court grant this extension. Thank you for Your Honor's consideration.

Respectfully submitted,  
CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendant*

By: _____  
Ian-Paul A. Poulos

CC: All Counsel of Record