UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO ONATE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AHRC HEALTH CARE, INC.,<br><br>Defendant. | Case No.: 1:20-cv-08292-AS-JW |

**NOTICE OF UNOPPOSED MOTION FOR:**
**(1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT; AND (3) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated June 3, 2025 ("Giaimo Declaration"), together with the exhibits annexed thereto, and the accompanying Memorandum of Law dated June 3, 2025, together with all prior pleadings and proceedings had herein, Plaintiff, by and through his undersigned counsel, shall move this Court, Honorable Jennifer E. Willis, 40 Foley Square, Courtroom 228, New York, New York 10007, on a date to be determined by the Court, for an Order: (1) granting preliminary approval of the Settlement on the terms set forth in the Settlement Agreement and Release, which is attached as Exhibit 1 to the Giaimo Declaration; (2) approving one of the proposed Notice of Settlement attached as Exhibits 2 and 3 to the Giaimo Declaration; and (3) scheduling a fairness hearing for final approval of the Settlement.

Dated: New York, New York
       June 3, 2025                              McLAUGHLIN & STERN, LLP

                                    By: */s/ Jason S. Giaimo*
                                                 Jason S. Giaimo
                                                 Lee S. Shalov
                                                 Brett R. Gallaway
                                    260 Madison Avenue
                                    New York, New York 10016
                                    Tel.: (212) 448-1100
                                    jgiaimo@mclaughlinstern.com
                                    lshalov@mclaughlinstern.com
                                    bgallaway@mclaughlinstern.com
                                    *Class Counsel*