UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONATE, et al.,

                      Plaintiffs,                     **ORDER**

        -against-                       **20-CV-8292 (JW)**

AHRC HEALTH CARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Before the Court are several motions, Dkt. Nos. 259, 273, 279, and 305. The Court orders the following:

- Plaintiffs' request to advance the fairness hearing currently scheduled for January 28, 2026, Dkt. No. 305, is **GRANTED**. The fairness hearing will now be scheduled for December 3, 2025 at 2:30 PM in Courtroom 228 of 40 Foley Square, New York, New York 10007.

- Because the proposed settlement renders them moot, the following motions are **DENIED** without prejudice with leave to refile:
    - Defendant's motion to exclude Plaintiffs' expert report and testimony. Dkt. No. 259.
    - Plaintiffs' motion for a discovery conference. Dkt. No. 273.
    - Defendant's motion for judgment on the pleadings. Dkt. No. 279.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 259, 273, 279, and 305.**

SO ORDERED.

DATED:   New York, New York
         July 2, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge