UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ONATE, JR., on behalf of himself and all
others similarly situated,

                        Plaintiff,

       v.

AHRC HEALTH CARE, INC.,

                        Defendant.

Case No.: 1:20-cv-08292-AS-JW

**NOTICE OF UNOPPOSED MOTION FOR:**
**(1) FINAL APPROVAL OF SETTLEMENT; AND (2) ENTRY OF JUDGMENT**

     **PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated November 18, 2025, together with the exhibits annexed thereto; the Declaration of Amanda R. Varrone dated October 23, 2024, together with the exhibits annexed thereto; the Declaration of Jeff Mitchell dated November 13, 2025, together with the exhibits annexed thereto; and the accompanying Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement dated November 18, 2025, together with all prior pleadings and proceedings had herein, Plaintiff, by and through its undersigned counsel, shall move this Court, Honorable Jennifer E. Willis, 40 Foley Square, Courtroom 228, New York, New York 10007, on December 3, 2025 at 2:30 PM, for an Order: (1) granting final approval of the Settlement on the terms set forth in the Settlement Agreement and Release (the "Settlement Agreement") (Dkt. No. 301-2); and (2) entering judgment in accordance with the Settlement Agreement.

Dated: New York, New York
       November 18, 2025

McLAUGHLIN & STERN, LLP

By: */s/ Jason S. Giaimo*
      Jason S. Giaimo
      Lee S. Shalov
      Brett R. Gallaway
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
jgiaimo@mclaughlinstern.com
lshalov@mclaughlinstern.com
bgallaway@mclaughlinstern.com

*Class Counsel*